UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

    MODESTO ALFONZO ALFONZO
    HILDA GONZALEZ ROMERO

DEBTORS

CASE NO. : 9204477

01 MAR 16 AM 10: 33

JS BANKRUPTCY COURT
FOR THE DISTRICT OF
PUERTO RICO

CHAPTER 13

TRUSTEE REPORT REGARDING UNCLAIMED MONEY

TO THE HONORABLE COURT:

    COMES Ramon F. Lopez, Trustee and reports:

1. This case is closed. Checks were issued by the undersigned and the required time has elapsed for the cancelation of the same.

2. To date, the account of this state reflects that the sum(s) hereinafter detailed is (are) still on deposit representing unclaimed money due to the following creditors:

| CREDITOR'S NAME AND ADDRESS | CHECK NUMBER | AMOUNT UNCLAIMED |
|---|---|---|
| ANGEL TORRES SANTOS<br>C/O MIGUEL GONZALEZ VARGAS<br>450 DE DIEGO AVE<br>SAN JUAN PR<br>    00920 | 1360296 | $ 2,163.85 |
| ANGEL TORRES SANTOS<br>C/O MIGUEL GONZALEZ VARGAS<br>450 DE DIEGO AVE<br>SAN JUAN PR<br>    00920 | 1360632 | $ 687.41 |
| ANGEL TORRES SANTOS<br>C/O MIGUEL GONZALEZ VARGAS<br>450 DE DIEGO AVE<br>SAN JUAN PR<br>    00920 | 1360741 | $ 37.57 |
| ANGEL TORRES SANTOS<br>C/O MIGUEL GONZALEZ VARGAS<br>450 DE DIEGO AVE<br>SAN JUAN PR<br>    00920 | 1360741 | $ 21.62 |

    WHEREFORE, the Trustee tenders check(s) in the sum of $ 2,910.45 payable to the Clerk, U.S. Bankruptcy Court, after which check(s) the debtor's account will be reduced to $0.00.

## CERTIFICATE OF SERVICE

I CERTIFY that on this same date I have mailed a true copy of this motion to:

MODESTO ALFONZO ALFONZO
HILDA GONZALEZ ROMERO
CALLE PARENTESIS #37
URB. MUNOZ RIVERA
GUAYNABO, PR
          00969

ANGEL TORRES SANTOS
C/O MIGUEL GONZALEZ VARGAS
450 DE DIEGO AVE
SAN JUAN PR
          00920

*ANGEL M EGOZCUE*

PO BOX 366087
SAN JUAN PR

          00936-6087

DATE: **MAR 16 2001**

*Ramon F. Lopez* (signature)

Ramon F. Lopez, Trustee
PO BOX 70370
San Juan, P.R. 00936-8370
(787) 977-3500 * FAX 977-3521